**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| Bonnie Brown *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | NO. 1:13-cv-01345 |
| v. | ) | |
| | ) | CLASS ACTION |
| Medicis Pharmaceutical Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR PRELIMINARY APPROVAL**
**OF MODIFIED CLASS ACTION SETTLEMENT AGREEMENT**

Plaintiffs and Defendant, by and through their respective counsel and pursuant to Fed. R. Civ. P. 23(e), hereby move the Court for preliminary approval of their proposed Modified Settlement Agreement, for preliminary certification of the Settlement Class for pay and promotion claims, for approval of the proposed Modified Notice of Class Action Settlement and Modified Claim Form, for approval of the proposed method of notifying the Class, and for an order temporarily enjoining other actions involving claims encompassed by this Action pending the outcome of the final fairness hearing regarding the proposed settlement.  After hearing the Court's concerns about certifying the Settlement Class for sexual harassment claims, the parties do not move to certify the class for that claim but Plaintiffs may ask the Court to expand the scope of the class after a review of the claim form submissions.

All of the proposed modified settlement documents are attached as exhibits to Plaintiffs' accompanying memorandum of points and authorities in support of this motion.  Redlines comparing these documents to the settlement documents filed in September 2013 also are attached to the memorandum of points and authorities.

The parties ask the Court to make the findings and rulings set forth in the proposed order filed herewith.  Plaintiffs also respectfully refer the Court to their accompanying memorandum, which explains the reasons for the modifications in the settlement documents, as well as Plaintiffs' original Memorandum of Points and Authorities in Support of Preliminary Approval of the Class Action Settlement (Dkt. No. 6) and accompanying declarations, Supplemental Declaration of Cyrus Mehri in Support of the Joint Motion for Preliminary Approval of the Class Action Settlement (Dkt. No. 24-1), and Joint Supplemental Information in Support of Preliminary Approval of the Class Action Settlement (Dkt. No. 28).

WHEREFORE, the parties jointly pray that the Court grant their motion for preliminary approval of the modified class action settlement.

Respectfully submitted this 14th day of January 2015,

| /s/ Ellen Eardley | s/Andrew S. Hudson |
|---|---|
| MEHRI & SKALET, PLLC | Andrew S. Hudson (DC No. 996294) |
| Cyrus Mehri (DC No. 420970) | Goodwin Procter LLP |
| Michael Lieder (DC No. 444273) | 901 New York Avenue, N.W. |
| Ellen Eardley (DC No. 488741) | Washington, DC 20001-4432 |
| 1250 Connecticut Avenue, NW, Suite 300 | Tel: (202) 346-4000 |
| Washington, DC 20036 | Fax: (202) 346-4444 |
| Tel: (202) 822-5100 | ahudson@goodwinprocter.com |
| Fax: (202) 822-4997 | |
| cmehri@findjustice.com | James Nagle* |
| mlieder@findjustice.com | Wilfred J. Benoit Jr. * |
| eeardley@findjustice.com | Goodwin Procter LLP |
| | Exchange Place |
| Sara Wyn Kane* | 53 State Street |
| Robert J. Valli, Jr.* | Boston, MA 02109 |
| Valli Kane & Vagnini LLP | Tel: (617) 570-1233 |
| 600 Old Country Road | Fax: (617) 523-1231 |
| Garden City, NY 11530 | jnagle@goodwinprocter.com |
| Tel: (516) 203-7180 | wbenoit@goodwinprocter.com |
| skane@vkvlawyers.com | |
| rvalli@vkvlawyers.com | *Attorneys for Defendant* |
| | |
| *Attorneys for Plaintiffs* | * denotes pro hac vice |

2

## **CERTIFICATE OF SERVICE**

I certify that on January 14, 2015, a true and correct copy of the parties' Joint Motion for Preliminary Approval of the Modified Class Action Settlement was served via electronic mail on counsel for Defendant listed below:

James Nagle
William Benoit
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
Tel: (617) 570-1904
jnagle@goodwinprocter.com
wbenoit@goodwinprocter.com

Andrew S. Hudson (DC No. 996294)
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, DC 20001-4432

Tel: (202) 346-4000
Fax: (202) 346-4444
ahudson@goodwinprocter.com

/s/ Ellen Eardley
Ellen Eardley
Counsel for the Plaintiffs